UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANK MARTELLO and
PATRICIA MARTELLO,

    Plaintiffs,

v.                                                    Case No. 8:12-cv-909-T-30EAJ

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion for Final Summary Judgment and Supporting Memorandum of Law (Dkt. 13) and Plaintiffs' Opposition to Defendant's Motion for Final Summary Judgment and Memorandum of Law (Dkt. 21). The Court, upon consideration of the motion and response, and being otherwise advised of the premises, concludes that the motion should be denied.

In this insurance case, Defendant moves for summary judgment on its counterclaim that requests the Court to interpret the meaning of the term "structural damage" as it is used in the insurance policy. This Court has addressed this same issue in four previous cases. *See Zawadzki v. Liberty Mut. Fire Ins. Co.*, 2012 WL 3656456 (M.D. Fla. Aug. 23, 2012); *Garcia v. First Liberty Ins. Corp.*, 2012 WL 5328660 (M.D. Fla. Oct. 29, 2012); *Leon v. First Liberty Ins. Corp.*, 2012 WL 5417294 (M.D. Fla. Nov. 6, 2012); *Pugliesi v. Liberty*

*Mut. Fire Ins. Co.*, Case No. 8:12-cv-2354-T-30MAP, Dkt. 15 (M.D. Fla. Nov. 29, 2012). Notably, Defendant's counsel in this case also represented the defendants in *Zawadzki*, *Garcia*, *Leon*, and *Pugliesi*, and the motions for summary judgment filed in each case, including the instant case, are nearly identical.

For all the reasons discussed in *Zawadzki*, Defendant's motion is denied. *See* 2012 WL 3656456, at **1-7.

It is therefore ORDERED AND ADJUDGED that Defendant's Motion for Final Summary Judgment (Dkt. 13) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on December 4, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2012\12-cv-909.sumjudgdeny.frm